# Third District Court of Appeal

## State of Florida

Opinion filed April 28, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-1118
Lower Tribunal No. 17-16674
_____

**J.M.,**
Appellant,

vs.

**A.J.D.,**
Appellee.

An appeal from non-final orders from the Circuit Court for Miami-Dade County, Bernard S. Shapiro, and Peter Holden, Judges.

Nancy A. Hass, P.A., and Nancy A. Hass (Fort Lauderdale); Sandy T. Fox, P.A., and Sandy T. Fox, for appellant.

Egoavil Salas & Veloso, PLLC, and Laline Concepcion-Veloso, for appellee.

Before EMAS, C.J., and HENDON, and MILLER, JJ.

PER CURIAM.

Affirmed.